OVERTON, RUSSELL, DOERR AND DONOVAN, LLP
ATTORNEYS AND COUNSELORS AT LAW
19 EXECUTIVE PARK DRIVE
CLIFTON PARK, NEW YORK 12065

TELEPHONE (518) 383-4085
TELECOPIER (518) 383-4282

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

        Plaintiff,

  v.                                        CIVIL NO.  6:15-CV-1430

**Thomas W. Nicholas,**                    ORDER/APPLICATION FOR WRIT OF

                                                  GARNISHMENT

        Defendant.

        and,

**1st Niagara,**

        Garnishee.

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Garnishment upon the judgment entered against the defendant, **Thomas W. Nicholas**, ("Defendant") Social Security Number XXX-XX-7324, whose last known address is: **133 Steele Road, Johnstown, New York 12095** in the above cited action in the amount of **$4,762.71**, plus interest at the rate of **3.12%** from **February 17, 2016**, until paid, together with costs.  A balance of **$4,860.48** remains outstanding.  Demand for payment of the

above-stated debt was made upon the Defendant not less than 30 days from the date of this application, and debtor has failed to satisfy the debt.

The Garnishee, **1st Niagara**, is believed to owe or will owe money or property to Defendant, or is in possession of property of the Defendant, and said property is a nonexempt interest of the Defendant.

The name and address of the Garnishee or Garnishee's authorized agent is:

1st Niagara
PO Box 886
Lockport, NY 14095

Dated this 24th day of March, 2016

Respectfully submitted:

Linda L Donovan
Overton, Russell, Doerr & Donovan

IT IS SO ORDERED:

Andrew T. Baxter
U.S. Magistrate Judge

Dated: March 30, 2016
Syracuse, NY